07 CV 5726

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

METAL TRANSPORT & LOGISTICS, LTD.,
SWISS SHIPPING & LOGISTICS, LTD.
EUROWOOD SHIPPING LTD. and
NORTHWESTERN SHIPPING CO.,

          07 Civ.        (  )

**FRCP 7.1**

        Plaintiff,

        - against -

CENTRAMET TRADING S.A.,

        Defendant.
-----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs have no parent corporation publicly traded in the United States.

Dated: New York, New York
       June 15, 2007

                              NOURSE & BOWLES, LLP
                              Attorneys for Plaintiffs

                              By: _____
                              Shaun F. Carroll (SC-9898)
                              One Exchange Plaza
                              At 55 Broadway
                              New York, New York 10006
                              (212) 952-6200