**07 CV 5726**

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
METAL TRANSPORT & LOGISTICS, LTD.,         :
SWISS SHIPPING & LOGISTICS, LTD.            :
EUROWOOD SHIPPING LTD. and                    :
NORTHWESTERN SHIPPING CO.,                     :    07 Civ.         ( )
                                                                          :
                        Plaintiff,                          :    **AFFIDAVIT IN SUPPORT**
                                                                          :    **OF APPLICATION FOR**
            - against -                                      :    **MARITIME**
                                                                          :    **ATTACHMENT**
                                                                          :
CENTRAMET TRADING S.A.,                           :
                                                                          :
                        Defendant.                       :
-------------------------------------------------------------X

STATE OF NEW YORK        )
                                            ) ss:
COUNTY OF NEW YORK    )

SHAUN F. CARROLL, being duly sworn, deposes and says:

1. I am a member of the firm of Nourse & Bowles, LLP attorneys for Plaintiffs, Metal Transport & Logistics, Ltd., Swiss Shipping & Logistics, Ltd., Eurowood Shipping Ltd. and Northwestern Shipping Co., (hereinafter referred to collectively as "Plaintiffs"), and make this affidavit in support of Plaintiffs' application for the issuance of Process of

Maritime Attachment and Garnishment pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2. Based upon my inquiries and to the best of my information and belief, Defendant, Centramet Trading S.A., is a foreign corporation and cannot be found within this District.

3. I have not found Defendant listed in the New York telephone directory or in the Transportation Telephone Tickler published by The Journal of Commerce for the New York Metropolitan Area, in which maritime companies doing business within the District routinely list their names, addresses and telephone numbers. I have also called the telephone directory assistance bureaus for this District (Area Codes 212, 718, 914), and have been informed by the operators that there are no listings for Defendant in any of these areas.

4. I have caused a search to be made through the Lexis/Nexis computer database of the files containing corporate records for the New York Department of State, which includes businesses registered to do business in New York, and have found no listings for Defendant.

5. I have caused a search to be made through the Lexis/Nexis computer database of the files containing judgments and/or docket listings for the State of New York and have found no listings for Defendant.

6. I have not found Defendant listed in Lloyd's List of Shipowners.

7. Accordingly I respectfully submit Defendant cannot be found within the district and that process of maritime attachment and garnishment should be issued.

3

    8. No previous application for an Order of Attachment or similar relief has been sought in this matter.

*[signature]*
Shaun F. Carroll (SC-9898)

Sworn to before me this

15th day of June, 2007.

*[signature]*
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5063169
Qual. in Queens Cty; New York City
Commission Expires November 17, 2009