# 07 CV 5726

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

METAL TRANSPORT & LOGISTICS, LTD., :
SWISS SHIPPING & LOGISTICS, LTD. :
EUROWOOD SHIPPING LTD. and :
NORTHWESTERN SHIPPING CO., :

                      Plaintiff, :

              - against - :

          :

CENTRAMET TRADING S.A., :

               Defendant. :

-------------------------------------------------------X

07 Civ.      ( )

**EX PARTE ORDER
APPOINTING PERSONS
TO SERVE PROCESS**

       Plaintiffs, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing

Karlene Jackson, or any other person appointed by Nourse & Bowles, LLP who is over

18 years of age and is not a party to this action, to serve an attachment and garnishment

in this matter, and it appearing from the affidavit of Shaun F. Carroll, that such

appointment will result in substantial economies of time and expense,

       NOW, on motion of Nourse & Bowles, LLP, attorneys for Plaintiffs, it is

**ORDERED**, that Karlene Jackson, or any other person appointed by Nourse & Bowles, LLP who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process and a copy of the Verified Complaint in the above-entitled action.

Dated:     New York, New York
           June 15, 2007

                                        _____
                                                    U.S.D.J.