(AJSCS.

NOURSE & BOWLES, LLP
Attorneys for Plaintiffs
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
METAL TRANSPORT & LOGISTICS, LTD.,
SWISS SHIPPING & LOGISTICS, LTD.
EUROWOOD SHIPPING LTD. and
NORTHWESTERN SHIPPING CO.,

                      Plaintiff,

                   - against -

CENTRAMET TRADING S.A.,

                      Defendant.
-----------------------------------------------------------X

07-cv-5726(PKC)

**VOLUNTARY DISMISSAL
AND ORDER VACATING
PROCESS OF
MARITIME ATTACHMENT**

       WHEREAS Plaintiffs, Metal Transport & Logistics, Ltd., Swiss Shipping & Logistics, Ltd., Eurowood Shipping Ltd., and Northwestern Shipping Co. ("Plaintiffs") filed their complaint on or about June 15, 2007, seeking process of maritime attachment and garnishment to obtain security for claims subject to arbitration in London against defendant, Centramet Trading S.A. ("Defendant");

       AND WHEREAS an Order for Process of Maritime Attachment and Garnishment of Defendant's property was issued on or about June 15, 2007;

AND WHEREAS no answer or motion by Defendant for summary judgment has been served;

IT IS HEREBY ORDERED that,

1. The action is voluntarily dismissed without prejudice and without costs to either party against the other;

2. The Process of Maritime Attachment previously issued in this action is vacated; and

3. Any and all garnishees holding any attached funds of Defendant in this case are directed to release same from attachment.

Dated: New York, New York
July 23, 2007

                            NOURSE & BOWLES, LLP
                            Attorneys for Plaintiffs

                            By: _____
                            Shawn F. Carroll (SC-9898)
                            One Exchange Plaza
                            At 55 Broadway
                            New York, New York 10006
                            (212) 952-6200

SO ORDERED:

_____
Hon. P. Kevin Castel
     U.S.D.J.

7-25-07

2